Form DBCLMFRM

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:17−bk−04932**
**Chapter 13**

In re:
STEPHEN JETTON TAYLOR
2606 MERCER PLACE
Thompsons Station, TN 37179

Social Security No.:
xxx−xx−1340

Employer's Tax I.D. No.:

# NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

NOTICE IS HEREBY GIVEN 12/13/17 the debtor, has filed a proof of claim pursuant to Federal Rules of Bankruptcy Procedure 3004 for the following creditors:

Loancare Inc
PO Box 8068
ATTN OFFICER
Virginia Beach VA 23450

Amount of Claim $ 158700.00

The deadline for filing is 12/4/17, except that the deadline for filing claims by a governmental unit is 1/17/18.

BY THE COURT

Dated: 12/13/17

MATTHEW T LOUGHNEY
Clerk

BY: /s/ amd
Deputy Clerk

A copy of this notice shall be mailed by the clerk after entry on the docket to the debtor(s), the attorney for the debtor(s), the chapter 13 trustee, and the above listed creditor.