Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:17−bk−04932
Chapter 13
Judge Charles M Walker

In Re:
    STEPHEN JETTON TAYLOR
    2606 MERCER PLACE
    Thompsons Station, TN 37179

Social Security No.
    xxx−xx−1340

Employer's Tax I.D. No.

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 2/14/18 at 08:30 AM

to consider and act upon the following:

*32* − Trustee's Motion for (to) Disallow Claim of Loancare Inc. (Court Claim 8) and Motion for Determination of Prepetition Arrears and Ongoing Mortgage Payment. Certificate of Service Mailed on 01/16/2018. Filed on the behalf of: Trustee HENRY EDWARD HILDEBRAND III. (HILDEBRAND, HENRY)

Dated: 1/16/18                                                                         /s/ MATTHEW T LOUGHNEY
                                                                                                 Clerk, U.S. Bankruptcy Court