*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 2/20/2018



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEPHEN JETTON TAYLOR, ) | Bk. No. **17-04932-CW3-13** |
| 2606 Mercer Place ) | Chapter 13 |
| Thompsons Station, TN 37179 ) | Judge Charles M. Walker |
| ) | |
| SSN: XXX-XX-1340 ) | |
| ) | |
| Debtor(s). ) | |

## ORDER DISALLOWING CLAIM OF LOANCARE, INC. (COURT CLAIM 8) IN PART AND ESTABLISHING THE ONGOING MORTGAGE PAYMENT

This matter came to be heard on February 14, 2018 upon the Trustee's application to disallow, in part, the claim of Loancare Inc., designated as claim 8 on the Court's claims register, and to establish the ongoing mortgage payment as required by 11 U.S.C. § 1322(b)(5).

At the call of the docket, debtor's counsel was present. No one appeared on behalf of Loancare Inc.

The Court finds that the Trustee's application is uncontested based upon the failure of Loancare to appear at the hearing on this matter. Based upon the evidence submitted by the Trustee, the Court finds that the proof of claim does not document the power of the servicer to enforce the claim in that it does not contain a mortgage note or a deed of trust. It is therefore

ORDERED, the claim asserted on behalf of Loancare, Inc., designated as claim 8 on the Court's claims register, is disallowed; it is further

ORDERED, that based upon the disallowance of the claim, the Court need not take up the issue of the amount of the arrearage and the ongoing payment.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 16th day of February, 2018, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
James Flexer, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Stephen J. Taylor, 2606 Mercer Place, Thompsons Station, TN 37179
Loancare, Inc., P. O. Box 8068, Virginia Beach, VA 23450
Loancare, Inc., 3637 Sentra Way, Virginia Beach, VA 23452

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.